Submitted December 7, 2021, affirmed January 12, 2022

In the Matter of D. I. B.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. V.,
*Appellant.*

Washington County Circuit Court
20JU04133; A176375 (Control)

In the Matter of E. L. B.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. V.,
*Appellant.*

Washington County Circuit Court
20JU04134; A176376

In the Matter of A. J. B.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. V.,
*Appellant.*

Washington County Circuit Court
20JU04135; A176377

501 P3d 561

Erik M. Buchér, Judge.

G. Aron Perez-Selsky and Michael J. Wallace filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed.

## PER CURIAM

Father appeals the termination of his parental rights to his three children on the basis of unfitness. ORS 419B.504. He concedes that he is presently unfit, but contends that DHS failed to prove by clear and convincing evidence that the children could not be reintegrated into his home within a reasonable time.

Having reviewed the matter *de novo*, ORS 19.415(3), we conclude that the condition that renders father unfit is not likely to change within a time that is reasonable considering the children's emotional and developmental needs. A further written discussion would not benefit the bench or bar.

Affirmed.